| | | EXHIBIT B |
|---|---|---|
| **From:** | Thomas Wolle | |
| **To:** | Patrick Evans | |
| **Cc:** | Janet Ives; smitmcel@aol.com | |
| **Subject:** | Re: McKnight v. CRST Transportation - Amending the Complaint | |
| **Date:** | Thursday, January 16, 2025 10:50:33 PM | |

Patrick, we would not oppose any motion for leave to amend your complaint.

Get Outlook for iOS

**Thomas Wolle**
Member



**Simmons Perrine Moyer Bergman PLC**
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401
Telephone: (319) 896-4007
Email: twolle@simmonsperrine.com
Website: www.spmblaw.com

Please notify me if you receive this confidential email in error.

---

**From:** Patrick Evans <dpevans@evanslawpc.com>
**Sent:** Thursday, January 16, 2025 10:50:01 AM
**To:** Thomas Wolle <twolle@simmonsperrine.com>
**Cc:** Janet Ives <jbives@evanslawpc.com>; smitmcel@aol.com <smitmcel@aol.com>
**Subject:** Re: McKnight v. CRST Transportation - Amending the Complaint

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thomas,

Our deadline to amend parties and claims is February 28, 2025. During our last call, I mentioned I planned on amending the complaint to include additional Plaintiffs or file a separate action. I am currently drafting an amended complaint to add additional Plaintiffs. Their facts and causes of action are similar to those of Mr. McKnight's. I am also amending the complaint to remove references to the Alabama state law claims as

all claims now fall under Iowa Law. My goal is to have the motion to amend and amendment finished by next week. Please let me know whether or not Defendants oppose a motion for Plaintiff to leave and amend.

I think it makes more sense to amend the present action within the timeframe provided than to file a separate multi-plaintiff action in Iowa with Plaintiffs who have similar facts/claims as McKnight. I imagine CRST would seek to consolidate any new multi-plaintiff action with McKnight's at least for discovery purposes.

I am happy to jump on a call if you have any questions.

Thanks,

Patrick Evans

D. Patrick Evans
The Evans Law Firm, P.C.
Attorneys at Law
1736 Oxmoor Road
Birmingham, Alabama 35209
Phone:   205-870-1970
Fax:       205-870-7763
Website:  www.evanslawpc.com



THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED,
CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.   IF THE
READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR
AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT,
YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING
OF THIS COMMUNICATION IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE
(205) 870-1970 AND/OR RETURN E-MAIL.   THANK YOU